UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                      CASE NO. 1:06-CR-218

v.

                                      HON. ROBERT HOLMES BELL

LARRY ROGER WALKER, JR.,

    Defendant.
_____/

**ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation will be conditionally adopted by this Court pending the time period for filing objections to the report.

**ACCORDINGLY, IT IS HEREBY ORDERED** that defendant's terms and conditions of supervised release are amended to include:

> Defendant shall be placed at the Community Alternative Program in Grand Rapids, Michigan, for an additional sixty (60) days.

Date:    April 19, 2007                     /s/ Robert Holmes Bell
                                                       ROBERT HOLMES BELL
                                                       CHIEF UNITED STATES DISTRICT JUDGE