UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                    File No: 1:06-CR-218

LARRY ROGER WALKER, JR.,               HON. ROBERT HOLMES BELL

    Defendant.
                                        /

**ORDER AND JUDGMENT
APPROVING REPORT AND RECOMMENDATION**

       The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

       THEREFORE, IT IS ORDERED that:

       1.     The Report and Recommendation of the Magistrate Judge (docket # 54) is approved and adopted as the opinion of the Court.

       2.     Defendant's terms of supervision are modified to include an additional 60 days at the Community Alternatives Program ("CAP").

Date:    May 4, 2007                    /s/ Robert Holmes Bell
                                                         ROBERT HOLMES BELL
                                                         CHIEF UNITED STATES DISTRICT JUDGE